[No. 41453-4-I.   Division One.   December 1, 1997.]

*In the Matter of the Personal Restraint of* ENRIQUE ARANA VASQUEZ, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 37419-2-I.   Division One.   December 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH THOMAS WHEELER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01403-4, Richard J. Thorpe, J., entered October 4, 1995. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Ellington, JJ.

[No. 37429-0-I.   Division One.   December 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JERMAINE M. WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-8-05100-6, LeRoy McCullough, J., entered September 11, 1995. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Ellington, JJ.

[No. 37441-9-I.   Division One.   December 8, 1997.]

*In the Matter of the Estate of* JERRY D. SCHEI.

*In the Matter of the Estate of* KRISTI L. SCHEI.

PHILIP L. CARTER, ET AL., *Appellants*, v. U.S. BANK OF WASHINGTON, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 92-4-03920-3, Richard M. Ishikawa, J., entered September 6 and September 20, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Agid, J.